OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**



02 1M       $ 00.26⁵
0004279596   APR 30 2015
MAILED FROM ZIP CODE 78701

4/22/2015

RIVERA, DOUGLAS WILMER  Tr. Ct. No. 10-08542-A      WR-82,969-03

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

DOUGLAS WILMER RIVERA
JEFFERSON COUNTY CORRECTIONAL FACILITY -
TDC # 1760730
P. O. BOX 26007                          U TF
BEAUMONT, TX  77720

N3B  77720